Chairperson, Hon. Blair Jones, Member, Hon. Richard Simonton and Member, Hon. Ray Dayton.

The District Court of the 4th Judicial District.
County of Missoula.

STATE OF MONTANA,
    Plaintiff,                      CAUSE NO. DC-07-65
vs.                                NUNC PRO TUNC ORDER
WILLIAM SIRUCEK,           TO CORRECT DECISION
    Defendant.

The Decision of November 4, 2010 of the Sentence Review Division was incorrect in that the first paragraph of the Decision stated the defendant was sentenced for violating conditions of a suspended sentence for the offense of Burglary. The defendant was never convicted of Burglary; the underlying offense was "Operating a Motor Vehicle While Under the Influence of Alcohol or Drugs, a Fourth or Subsequent Offense, a Felony."

NOW, THEREFORE, IT IS ORDERED ADJUDGED AND DECREED THAT the November 4, 2010 Decision, Paragraph one, shall be amended to read as follows:

On May 26, 2010, the defendant was sentenced for violation of the conditions of a suspended sentence, to a commitment to the Department of Corrections for a term of four (4) years, for the offense of Operating a Motor Vehicle While Under the Influence of Alcohol or Drugs, a Fourth or Subsequent Offense, a Felony. The Court recommended the Defendant be considered for placement at Connections Corrections and pre-release programs if deemed appropriate by the Department of Corrections and

earned by the Defendant's successful completion of any treatment programs.

DATED this 15th day of December, 2010.

Chairperson, Hon. Blair Jones.